11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Larry Green,

No. 11-13-00188-CV

* Original Proceedings

* August 15, 2013

* (Panel consists of: Wright, C.J.,
   McCall, J., and Willson, J.)

This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied.  Therefore, the petition for writ of mandamus is denied.